476 A.2d 59

Commonwealth v. Fuqua, Appellant.

■■■■■■■■■■■■■■■■■

Argued October 25, 1983. Allen L. Palmer, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence reversed and appellant discharged.

■■■■■■■■

476 A.2d 60

Commonwealth v. Gauche, Appellant.

Petition for Allowance of Appeal
Denied Sept. 25, 1984.

■■■■■■■■■■■■■■■■■

Argued March 6, 1984. Marc I. Rickles, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence affirmed.